UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| CAROL KREIG | ) | **JUDGMENT** |
|   Plaintiff | ) | |
| | ) | |
|     v. | ) | No. 5:04-CV-427-H2 |
| | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
|   Defendant. | ) | |

**Decision by Court.**
**This case came before the Honorable Malcolm J. Howard, Senior United States District Judge for consideration of**

**IT IS ORDERED, ADJUDGED AND DECREED** the plaintiff has been disabled under section 1614(a)(3)(A) of the Social Security Act beginning on June 10, 2004, but not prior thereto.

<u>This Judgment Filed and Entered on August 18, 2010 with service on:</u>

Diane S. Griffin (via email notification)
Eileen A. Farmer (via email notification)

<u>Date: August 18, 2010</u>

                                      DENNIS P. IAVARONE, CLERK
                                      <u>/s/ Delsia Heath</u>
                                      (By): Delsia Heath, Deputy Clerk